# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, <br><br> Plaintiff(s) <br><br> v. <br><br> DUCKY'S CAR WASH, LLC, et al., <br><br> Defendant(s) | Case No. C 4:24-cv-00838-DMR <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __21__ days.

Date:  June 28, 2024

Signed: /s/ Tanya E. Moore
       Attorney for Plaintiff(s)

Signed: /s/ Paul B. Justi
       Attorney for Defendant(s)

Signed: _____
       Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*