1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  334 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
   GERARDO HERNANDEZ,                 )  No. 4:24-cv-00838-DMR
12                                    )
              Plaintiff,              )  **STIPULATION FOR DISMISSAL OF**
13                                    )  **ACTION**
        vs.                           )
14                                    )
   DUCKY'S CAR WASH, LLC;             )
15                                    )
              Defendant.              )
16                                    )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
   _____)
21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendant, Ducky's Car Wash, LLC ("Defendant"), the parties remaining in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice, except that the Court shall retain jurisdiction to enter a stipulated judgment in the event Defendant defaults on its payment obligations under the parties' settlement agreement. Each party is to bear its own attorneys' fees and costs.

Dated: July 10, 2024                    MOORE LAW FIRM, P.C.

                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Gerardo Hernandez

Dated: July 10, 2024                    LAW OFFICES OF PAUL B. JUSTI

                                        /s/ Paul B. Justi
                                        Paul B. Justi
                                        Attorney for Defendant,
                                        Ducky's Car Wash, LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Gerardo Hernandez